# EXHIBIT DD

MIL-P-16789B(SHIPS)
9 November 1962
SUPERSEDING
MIL-P-16789A(SHIPS)
17 June 1953

MILITARY SPECIFICATION

PRESERVATION, PACKAGING, PACKING AND MARKING OF PUMPS

GENERAL, AND ASSOCIATED REPAIR PARTS

## 1. SCOPE

1.1 This specification covers the preservation, packaging, packing and marking of pumps, general, including reciprocating, centrifugal, axial flow, positive displacement and hydraulic pumps, prime movers and associated repair parts.

## 2. APPLICABLE DOCUMENTS

2.1 The following documents, of the issue in effect on date of invitations for bids, form a part of this specification to the extent specified herein:

SPECIFICATIONS

FEDERAL

P-S-661 - Solvent, Dry-Cleaning.
QQ-S-781 - Steel Strapping, Flat.
UU-P-271 - Paper, Wrapping, Waterproofed Kraft.
PPP-B-585 - Boxes, Wood, Wirebound.
PPP-B-591 - Boxes, Fiberboard, Wood-Cleated.
PPP-B-601 - Boxes, Wood, Cleated-Plywood.
PPP-B-621 - Boxes, Wood, Nailed and Lock-Corner.
PPP-B-636 - Box, Fiberboard.
PPP-T-60 - Tape; Pressure Sensitive Adhesive, Waterproof _____ For Packaging and Sealing.

MILITARY

JAN-P-100 - Packaging and Packing For Overseas Shipment General Specification.
MIL-C-104 - Crates, Wood; Lumber and Plywood Sheathed, Nailed and Bolted.
MIL-P-116 - Preservation, Methods of.
MIL-B-121 - Barrier Material, Greaseproofed, Waterproofed, Flexible.
MIL-C-132 - Crate, Wood, Open; Maximum Capacity 2,500 Pounds.
MIL-R-196 - Repair Parts For Internal Combustion Engines, Packaging Of.
MIL-B-233 - Boxes, Repair Parts.
MIL-D-963 - Drawings, Electrical, Hull and Mechanical Equipment For Naval Shipboard Use.
MIL-E-10062 - Engines, Spare or Installed (Other Than Aircraft), Preparation For Shipment and Storage.
MIL-L-10547 - Liners, Case, And Sheet, Overwrap; Water-Vaporproof or Waterproof, Flexible.
MIL-M-15071 - Manuals, Equipment and Systems.
MIL-C-15074 - Corrosion Preventive, Fingerprint Remover.
MIL-H-15424 - Hand Tools; Packaging of.
MIL-P-16298 - Preservation, Packaging, Packing, and Marking of Electric Machines Having Rotating Parts and Associated Repair Parts.

FSC 4320

EXHIBIT 17
Exhibit DD
753

MIL-P-16789B(SHIPS)

MILITARY (Cont'd.)
  MIL-P-17286 - Propulsion and Auxiliary Steam Turbines and Gears (Including Repair Parts, Tools, Accessories and Instruments); Packaging of.
  MIL-E-17555 - Electronic and Electrical Equipment And Associated Repair Parts, Preparation for Delivery Of.

STANDARDS

 MILITARY
  MIL-STD-129 - Marking For Shipment and Storage.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

2.2 Other publications.- The following document forms a part of this specification to the extent specified herein. Unless otherwise indicated, the issue in effect on date of invitation for bids shall apply.

OFFICIAL CLASSIFICATION COMMITTEE
Uniform Freight Classification Rules.

(Application for copies should be addressed to the Official Classification Committee, 1 Park Avenue at 33rd Street, New York 16, N. Y.)

3. REQUIREMENTS

3.1 Material.- Materials used for this specification shall comply with the applicable specifications listed in section 2.

3.2 Cleaning, preservation and packaging.-

3.2.1 Level A.- Unless otherwise specified herein, or in the contract or order, level A cleaning, preservation and packaging shall be in accordance with MIL-P-116.

3.2.1.1 Pump unit.-

3.2.1.1.1 Disassembly of equipment.- The equipment may be disassembled, as much as necessary to make accessible all machined or critical internal surfaces. After applying the preservative to the internal surfaces, the equipment shall be reassembled for shipment so as to provide the best protection of the internal parts. Dismantling of secondary assemblies, accessories or projecting parts, which will protect the part from damage or facilitate reduction of cubage is permitted where the part removed will not affect permanent settings or alignments and can be readily reassembled in the field without special tools. Such parts shall be cleaned, preserved, packaged, packed and marked for identification, and arranged in a secure and compact manner within the pump shipping container. The driving unit shall not be disconnected from the pump unit for shipment unless approved by the bureau or agency concerned. All unpainted surfaces which are subject to corrosion shall be cleaned, dried and preserved as follows:

3.2.1.1.2 Cleaning and drying.- All units, assemblies or parts shall be cleaned and dried by a process and procedure which will accomplish thorough cleaning and drying without damage to the item and which will meet the test requirements of MIL-P-116. Critical functioning or close tolerance surfaces shall be given such additional cleaning as is necessary to remove fingerprint and perspiration residue. Fingerprint remover shall conform to MIL-C-15074. Petroleum solvent shall conform to P-S-661. The cleaning solvent shall not be applied to non-metallic parts, gaskets, leather, rubber or electrical insulation.

3.2.1.1.3 Preservation.- Immediately after cleaning and drying, the moisture-free unpainted metal surfaces subject to corrosion shall be treated with a preservative, in accordance with MIL-P-116 and as

2

Exhibit DD
754

specified herein. The preservative shall not be applied to non-metallic parts, leather, rubber or electrical insulation.

3.2.1.1.3.1 External metal surfaces.- All unpainted external metal surfaces subject to corrosion shall be treated with type P-1 or type P-2 preservative. Type P-1 preservative shall be applied to external ferrous and other corrodible metals where it will not normally have to be removed to put the equipment in operation or where its removal by solvent will not damage the part or equipment. Type P-1 preservative does not normally require an overwrap. Type P-1 preservative shall not be used in lubrication, fuel or water systems.

3.2.1.1.3.2 Internal surfaces in contact with oil.- All internal surfaces which normally are in contact with oil (including fuel oil, gasoline or lubricating oil) shall be treated with type P-2 preservative. Type P-2 preservative shall be applied to interior ferrous and other corrodible metal surfaces of repair parts and equipment for which undercover storage is normally provided; on all interiors of gasoline and diesel engines (except water jackets), reduction gears, combustion chambers, lubricating and fuel oil systems. Type P-2 preservative shall not be used in water systems. A special warning tag shall be attached to gasoline pumps requiring removal of the preservative prior to operation.

3.2.1.1.3.3 Internal surfaces in contact with water.- Type P-3 preservative shall be applied to the interior surfaces of components and equipments that are normally in contact with water or steam, such as water cooling systems, steam generating systems, boilers, turbines, pumps and piping. Type P-3 preservative shall not be used in fuel oil, lubricating oil or coated systems.

3.2.1.1.3.4 Application.- Application of the preservative shall be in accordance with MIL-P-116. During and after application of preservative, the parts or units shall be handled in such a manner as to produce a uniform protective film that will be least disturbed. The protective film shall remain untouched for a period sufficient to allow the film to set before wrapping and packing are undertaken. Preservation of internal surfaces may be facilitated by operating the units to insure a thorough coating of the surfaces with the preservative. Anti-friction bearings not directly connected to the lubricating system shall be treated with the type of lubricant normally used in operation.

3.2.1.1.3.5 Draining of preservative.- After internal preservation is completed, the preservative shall be thoroughly drained from all parts of the unit to prevent subsequent coagulation of the preservative in pockets or low places. The drain and drain plug shall be treated with type P-1 preservative and the drain replaced and tightened.

3.2.1.1.4 Packaging.- The pump unit shall be packaged by method I conforming to MIL-P-116. All open flanges, pipe taps and other openings shall be covered with barrier material conforming to grade A of MIL-B-121 and a blank flange of metal or plywood shall be bolted over the barrier. Flange bolts and nuts on hydraulic pumps only, shall be additionally secured by peening or wiring in place to prevent removal in transit. On smaller openings, a metal or plastic plug may be used. All other preserved surfaces, including the coupling, if any, shall be wrapped with barrier material conforming to grade A of MIL-B-121 and secured in place with tape conforming to type III, class 1 of PPP-T-60. The tape should not come in contact with any machined surface. All pump shaft packing shall be removed from all stuffing boxes, and packaged by method IA-2 conforming to MIL-P-116, labeled and packed with the complete unit inside the shipping container. When units are equipped with drive belts, the drive belts, whenever feasible, shall be removed for shipment. The pulley faces or grooves shall be coated with a preservative in accordance with best commercial practice. The belts shall be packaged individually for single belt drives, or together in sets for multiple belt drives in accordance with method IA-2 or IA-8, labeled and secured to the unit in such a manner as to prevent sagging or damage to the belts. When not feasible to remove the belts for shipment, the tension shall be relieved and the pulleys coated with ignition insulation compound.

3.2.1.2 Accessories.- Accessories such as gages, thermometers, governors, pulleys, sprockets, chains or parts of the unit (that may be removed to prevent damage to the part or reduce cube as specified in 3.2.1.1.1) shall be preserved and packaged in accordance with MIL-R-196 and MIL-E-17555, as applicable, and secured to the basic unit or arranged in a compact manner within the shipping container.

Exhibit DD
755

MIL-P-16789B(SHIPS)

3.2.1.3 Repair parts and tools.- Repair parts and tools (on-board and stock) shall be cleaned, preserved and packaged in accordance with MIL-H-15424, MIL-P-16298 and MIL-E-17555, as applicable. Repair parts not specifically covered therein shall be cleaned, preserved and packaged in accordance with MIL-P-116. Repair parts and tools shall be individually packaged except items used as sets or in quantities greater than one.

3.2.1.3.1 Repair parts boxes.- When specified (see 6.1) onboard repair parts and tools shall be packaged in type M or type W repair parts boxes conforming to MIL-B-233.

3.2.1.3.2 Index list of repair parts and tools.- An index list of repair parts and tools shall be inserted in each repair parts box. The list shall be inserted in the index list support located on the interior side of the box cover, or shall be suitably placed on the inside of the box for quick accessibility. The list shall give a complete itemized list of the box contents, stock numbers, quantities and nomenclature. The list shall be enclosed in a waterproof bag conforming to method IC of MIL-P-116 or shall be so treated as to be resistant to water, oil and fading.

3.2.1.4 Prime movers.-

3.2.1.4.1 Electrical motors.- Electric motors, controllers and repair parts shall be cleaned, preserved and packaged in accordance with MIL-P-16298 or MIL-E-17555, as applicable. Electric motors attached to the equipment shall be packaged in accordance with method II of MIL-P-116. When the mounting of the motor does not permit enclosure within a vapor-vaporproof barrier, packaging shall be in accordance with the alternate packaging method of MIL-P-16298.

3.2.1.4.2 Gasoline or Diesel engines.- Gasoline or Diesel engines and repair parts shall be cleaned, preserved and packaged in accordance with MIL-E-10062 (except as noted herein), or MIL-R-196, as applicable. The type preservative as specified in 3.2.1.1.3, as applicable, shall be used in lieu of that specified in MIL-E-10062.

3.2.1.4.3 Turbines.- Turbines and repair parts shall be cleaned, preserved and packaged in accordance with MIL-P-17286.

3.2.1.4.4 Steam engines.- Steam engines and repair parts shall be cleaned, preserved and packaged in the same manner as required for the pump unit (see 3.2.1.1).

3.2.1.5 Manuals.- Manuals furnished with the equipment shall be packaged in accordance with method IC-1 or IC-3 of MIL-P-116. Each package shall be externally marked "Manuals Enclosed". Two copies of manuals shall be furnished with each equipment. One copy of the packaged manual shall be packed with each pump unit and one copy shall be packed within the repair parts box. All other manuals shall be packaged in accordance with MIL-M-15071.

3.2.2 Level C.- Cleaning, preservation, and packaging shall be in accordance with the manufacturer's commercial practice.

3.3 Packing.-

3.3.1 Level A.-

3.3.1.1 Pump unit.- The pump unit and related equipment shall be packed in wood cleated plywood, nailed wood boxes, or sheathed crates conforming to PPP-B-601 (overseas type), PPP-B-621 (class 2) or MIL-C-104, respectively. The gross weight of wooden boxes shall not exceed approximately 200 pounds unless the weight of an individual item exceeds this amount. When the gross weight of the item exceeds 200 pounds, but does not exceed 500 pounds, it shall be packed in a modified style 2, nailed wood box with skid type base as specified in 3.3.2.1. When the gross weight of the item or equipment exceeds 500 pounds, it shall be packed in a sheathed crate. Cushioning, blocking and bracing shall be in accordance with JAN-P-100.

4

Exhibit DD
756

3.3.1.2 <u>Repair parts and tools</u>.- Onboard and stock repair parts and tools not packaged in repair parts boxes conforming to MIL-B-233 shall be packed in wood cleated fiberboard, wood cleated plywood, nailed wood, or symbol "V" fiberboard boxes conforming to PPP-B-601 (overseas type), PPP-B-621 (class 2) or PPP-B-636 (class 2), respectively. The gross weight of wood boxes shall not exceed approximately 200 pounds unless the weight of an individual item exceeds this amount. The gross weight of fiberboard boxes shall not exceed approximately 70 pounds. Cushioning, blocking and bracing shall be in accordance with JAN-P-100, and the appendix to MIL-C-104.

3.3.1.2.1 Onboard repair parts and tools packaged in repair parts boxes conforming to MIL-B-233 shall be overpacked in shipping containers specified in 3.3.1.2 or conforming to MIL-C-132.

3.3.1.3 <u>Case liners</u>.- Overseas shipping containers, except nailed wood crates and modified style 2, nailed wood boxes, shall be lined with a waterproof case liner conforming to MIL-L-10547 and appendix thereto.

3.3.1.4 <u>Strapping</u>.- Overseas shipping containers shall be closed and strapped in accordance with the applicable specification using flat steel strapping conforming to type I, class A or B of QQ-S-781.

3.3.2 <u>Level B</u>.-

3.3.2.1 <u>Pump unit</u>.- The pump unit and related equipment shall be packed in wood cleated plywood or nailed wood boxes or sheathed crates conforming to PPP-B-601 (overseas type), PPP-B-621 (class 2), or MIL-C-104, respectively. The gross weight of wooden boxes shall not exceed approximately 200 pounds unless the weight of the individual item exceeds this amount. When the gross weight of the item exceeds 200 pounds, but does not exceed 500 pounds, it shall be packed in a modified style 2, nailed wood box with skid type base. Exterior skids of not less than 2 inches by 4 inches shall be provided. The pump unit shall be anchored to the skids, or the equivalent thereof, by means of through bolts. Interior battens shall be used to reinforce sides and top when necessary. When the gross weight of the item or equipment exceeds 500 pounds, it shall be packed in a sheathed crate. Cushioning, blocking and bracing shall be in accordance with JAN-P-100, and the appendix to MIL-C-104.

3.3.2.2 <u>Repair parts and tools</u>.- Repair parts and tools (onboard and stock) not packaged in repair parts boxes conforming to MIL-B-233 shall be packed in wood cleated fiberboard or wood cleated plywood, nailed wood, wirebound, fiber boxes conforming to PPP-B-591 (domestic type), PPP-B-601 (domestic type), PPP-B-621 (class 1), PPP-B-585 (class 1) or PPP-B-636 (class 2), respectively. Closure of the shipping container shall conform to the applicable container specification and the appendix thereto. The gross weight of wood and wood cleated fiberboard boxes shall not exceed 200 pounds unless the weight of a single item exceeds this weight. The gross weight of fiber boxes shall not exceed the weight limitations of the box specification. Cushioning, blocking and bracing shall be in accordance with JAN-P-100.

3.3.2.2.1 Onboard repair parts and tools packaged in repair parts boxes conforming to MIL-B-233 shall be overpacked in shipping containers specified in 3.3.2.2 or conforming to MIL-C-132.

3.3.3 <u>For levels A and B</u>.- Where practicable, shipping containers shall be of uniform size and shall be designed to fit the contents of a compact manner. The contents of each container shall be packed within the container in such a manner that the contents cannot move about after the container is closed.

3.3.3.1 <u>Shrouding</u>.- Equipment bolted to the base of a modified style 2, nailed wood box shall be shrouded within the box with barrier material conforming to UU-P-271 in lieu of a case liner. Shrouding shall be applied at least two-thirds of the way down in a manner to prevent the formation of water pockets and to permit free circulation of air. All sharp projections which would tend to tear the shroud shall be padded or covered with a suitable cushioning material.

3.3.3.2 <u>Ventilation</u>.- Ventilation of sheathed crates shall be in accordance with the ventilation requirements of the applicable crate specification.

5

Exhibit DD
757

MIL-P-16789B(SHIPS)

3.3.3.3· Manuals and drawings.- Manuals as specified in 3.2.1.5 shall be packed in accordance with MIL-M-15071. Drawings, when required by the contract or order, shall be packed in accordance with MIL-D-963.

3.3.4 Level C.- · Pumps and repair parts, packaged as specified (see 6.1), shall be packed in containers which will insure acceptance by common carrier and safe delivery at destination. Shipping containers shall comply with the Uniform Classification Rules or other regulations as applicable to the mode of transportation.

3.4 Marking.- In addition to any special marking required by the contract or order, interior packages and exterior shipping containers shall be marked in accordance with MIL-STD-129. The serial number of the equipment shall be placed on the outside of the shipping container.

3.5 Workmanship.- Workmanship shall be such that pumps and related equipment will receive maximum protection against deterioration during shipment and prolonged periods of storage.

4. QUALITY ASSURANCE PROVISIONS

4.1 Unless otherwise specified in the contract or purchase order, the supplier is responsible for the performance of all inspection requirements as specified herein. The government reserves the right to perform any of the inspections set forth in the specification where such inspections are deemed necessary to assure supplies and services conform to prescribed requirements.

4.2 Sampling for inspection.- Sample items, packages and packs shall be selected and inspected in accordance with MIL-P-116 to verify conformance with section 3.

4.3 Test procedures.- Test procedures shall be in accordance with MIL-P-116.

5. PREPARATION FOR DELIVERY

5.1 Not applicable.

6. NOTES

6.1 Ordering data.- Procurement documents should specify the following:

    (a) Title, number, and date of this specification.
    (b) Level of preservation, packaging and packing (see 3.2 and 3.3).
    (c) Whether repair parts boxes are required; if required specify the type required (see 3.2.1.3.1).
       (Ships provided with bins or drawer storage normally require no repair parts boxes.)

Notice.- When Government drawings, specifications, or other data are used for any purpose other than in connection with a definitely related Government procurement operation, the United States Government thereby incurs no responsibility nor any obligation whatsoever; and the fact that the Government may have formulated, furnished, or in any way supplied the said drawings, specifications, or other data is not to be regarded by implication or otherwise as in any manner licensing the holder or any other person or corporation, or conveying any rights or permission to manufacture, use, or sell any patented invention that may in any way be related thereto.

                                        Preparing activity:
                                        Navy - Ships
                                        (Project 4320-N070Sh)

6

Exhibit DD
758

# EXHIBIT EE

*[signature]*

17 November 1956
SUPERSEDING
MIL-B-18381(SHIPS)
12 April 1955

## MILITARY SPECIFICATION

### BOILERS, STEAM, HIGH PRESSURE, NAVAL SHIP PROPULSION

## 1. SCOPE

1.1 Scope.- This specification covers oil fired water tube boilers, and their appurtenances, for generating steam for propulsion of Naval ships.

1.2 Classification.- Propulsion boilers shall be of the following classes, as specified:

Type I - Natural circulation - Boilers in which density differentials between the fluids in downcomer tubes and generating tubes produce and maintain circulation of the fluids.

Type II - Forced circulation - Boilers in which circulating forces are imparted to the fluids externally by pumps or other similar means.

## 2. APPLICABLE DOCUMENTS

2.1 The following specifications, standards and drawings, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL

NN-B-591 - Boxes, Fiberboard, Wood-Cleated (for Domestic Shipment).
QQ-S-691 - Steel, Plate, Marine Boiler.
QQ-S-693 - Steel, Sheet, Hot-Rolled.
QQ-S-766 - Steel, Corrosion-Resisting: Plates, Sheets and Strips.
LLL-B-631 - Boxes, Fiber-Corrugated (for Domestic Shipment).
LLL-B-636 - Boxes, Fiber, Solid (for Domestic Shipment).
PPP-B-585 - Boxes, Wood, Wirebound.
PPP-B-601 - Boxes, Wood, Cleated-Plywood.
PPP-B-621 - Boxes, Wood, Nailed and Lock-Corner.

MILITARY

JAN-P-103 - Packaging and Packing for Overseas Shipment - Boxes, Wood Cleated, Solid Fiberboard.
JAN-P-104 - Packaging and Packing for Overseas Shipment - Crates, Sheathed, Wood, Nailed.
MIL-B-107 - Boxes, Wood, Wirebound (Overseas Type).
JAN-P-108 - Packaging and Packing for Overseas Shipment - Boxes, Fiberboard (V-Board and W-Board), Exterior and Interior.
MIL-P-116 - Preservation, Methods of.
MIL-B-121 - Barrier-Materials, Greaseproof, Flexible (Waterproofed).
MIL-C-132 - Crates, Open, Wood; Maximum Capacity 2,500 Pounds.
MIL-B-233 - Boxes, Repair Parts.
JAN-R-717 - Refractory, Castable, High-Temperature, Hydraulic Setting.
MIL-F-859 - Fuel Oil, Boiler.
MIL-S-871 - Steel, Plates, Carbon-Molybdenum Alloy and Manganese Molybdenum Alloy, Hot Rolled.

FSC 4410

EXHIBIT 18

MIL 0031
Exhibit EE
759

MIL-B-18381A(SHIPS)

MILITARY (cont'd.)

MIL-S-890 – Steel: Forgings and Bars for Hulls, Engines, and Ordnance (Heat Treated).

MIL-S-901 – Shockproof Equipment, Class HI Shock Shipboard Application, Test for.

MIL-T-940 – Thermometers, Indicating-Dial for Superheated Steam.

MIL-D-963 – Drawings, Production (for Electrical and Mechanical Equipment for Naval Shipboard Use).

MIL-G-1833 – Guns, Lubricating, Pressure, Hand Operated, and Fittings.

MIL-B-1947 – Blowers, Soot (Shipboard Use).

MIL-I-2002 – Indicators, Smoke (Boiler) (Shipboard Use).

MIL-B-2128 – Burner, Oil.

MIL-B-2878 – Brushes, Boiler Tube, Wire, Sectional (Push-Brushes).

MIL-I-2819 – Insulation, Thermal, Block.

MIL-C-3769 – Crates, Intermediate, Sheathed, Wood, Nailed (for Maximum Net Loads of 3000 Pounds).

MIL-C-3774 – Crates, Open, Wood (2,500 to 10,000 Lb.).

MIL-F-5624 – Fuel, Aircraft, Turbine and Jet Engine Grade.

MIL-L-10547 – Liners, Case, Waterproof.

MIL-T-15071 – Technical Manuals for Mechanical and Electrical Equipment.

MIL-S-15083 – Steel, Castings.

MIL-R-15137 – Repair Parts for Electrical and Mechanical Equipment.

MIL-T-15164 – Thermometer, Self-Indicating, Liquid-In-Glass.

MIL-B-15382 – Bolt, Firebrick Anchor.

MIL-P-15384 – Plastic Mix, Refractory (Water-Wall, Boiler, Chrome Ore Plastic).

MIL-C-15413 – Castable Mix, Refractory (Chrome Base, Hydraulic Setting).

MIL-P-15424 – Packaging of Hand Tools for Domestic and Overseas Shipment and Storage.

MIL-B-15606 – Brick, Refractory.

MIL-P-15692 – Pipe, Steel, Seamless and Welded, Black and Zinc-Coated (Galvanized).

MIL-N-15721 – Nickel-Chromium Alloy Bars and Rods (Boiler Refractory Anchor Bolts).

MIL-M-15842 – Mortar, Refractory, High Temperature, Air Setting.

MIL-I-16003 – Insulating Brick, Thermal (Fire Clay, High Temperature).

MIL-P-16018 – Packaging of Switchboards, Controllers, and Motor Starters (Over 40 Pounds).

MIL-S-16113 – Steel Plate, Hull and Ordnance Structural, Black (Uncoated) and Zinc-Coated (Galvanized).

MIL-T-16286 – Tubes, Steel, Seamless, Marine Boiler Application.

MIL-P-16298 – Preservation, Packaging, Packing, and Marking of Electric Machines Having Rotating Parts and Associated Repair Parts.

MIL-G-16356 – Gages, Boiler – Water.

MIL-F-16884 – Fuel Oil Diesel (Marine).

MIL-T-17188 – Tube, Boiler; Resistance-Welded.

MIL-F-17292 – Format for List of Repair (Spare) Parts for Shipboard Mechanical and Electrical Equipment.

MIL-C-17370 – Cleaning Unit, Boiler Tube, Air Driven.

MIL-V-17462 – Valve, Safety: Boiler (Shipboard Use).

MIL-G-17489 – Gage, Pressure, Dial Indicating, Boiler Front (Shipboard Use).

MIL-P-17652 – Preparation for Delivery of Electronic, Electrical, and Electro-Mechanical Parts.

MIL-V-17737 – Valve, Angle, Boiler Blow (Shipboard Use).

MIL-G-18997 – Gages, Pressure, Dial Indicating, Bourdon Tube, Circular Face.

2

Exhibit EE
760

MIL-B-18381A(SHIPS)

MILITARY (cont'd.)
    MIL-T-20155 - Tube and Pipe, Carbon Molybdenum Alloy Steel, Seamless.
    MIL-T-20157 - Tube and Pipe, Carbon Steel, Seamless.
    MIL-S-20166 - Steel: Bars, and Shapes (for Hull Construction) (Including
              Material for Drop and Miscellaneous Forgings).
    MIL-P-20167 - Steel, Plate, Marine-Boiler.

NAVY DEPARTMENT
    General Specifications for Inspection of Material.
    General Specifications for Ships.
      Section S8-1 - Ship Trials.
      Section S9-1 - Welding and Allied Processes.
      Section S48-0 - General Requirements for Piping Systems.
      Section S51-1 - Boilers.

STANDARDS

    MILITARY
        MIL-STD-129 - Marking for Shipment and Storage.
        MIL-STD-167 - Mechanical Vibrations of Shipboard Equipment.
        MIL-STD-271 - Nondestructive Testing Requirements for Metals.

DRAWINGS

    BUREAU OF SHIPS
        9-S-3980-L, Sheet 70 - Methods (Steel) of Supporting Electric Cables,
                  Fixtures, Panels, Appliances, etc. for Steel
                  and Aluminum Decks and Bulkheads (Except
                  Within Magnetic Circle).
        5000-S5100-841604 - Gage, Boiler Water, 18 Inch Dimensional Standard
                  for (600 P.S.I. Nominal Pressure 700 P.S.I.
                  Design Pressure).
        5000-S5102-841581 - Clamps for Boiler Casings and Doors.
        5000-S5102-841584 - Packing, Strip, Asbestos, for Boiler Casing.
        5000-S5103-841335 - Boiler Soot Blower Piping, Typical Installation.
        5000-S5103-341733 - Boiler Blow System, Diagrammatic Arrangement.
        S5102-623719 - Plastic Chrome Ore at Junction of Vertical Wall and Floor.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

2.2 Other publications. - The following document forms a part of this specification. Unless otherwise indicated the issue in effect on date of invitation for bids shall apply.

    AMERICAN SOCIETY OF MECHANICAL ENGINEERS
      Section I of Boiler and Pressure Vessel Code.

(Application for copies should be addressed to the American Society of Mechanical Engineers, 29 West Thirty-Ninth Street, New York, N.Y.)

    CONSOLIDATED CLASSIFICATION COMMITTEE
      Consolidated Freight Classification Rules.

(Application for copies should be addressed to the Consolidated Classification Committee, 202 Chicago Union Station, Chicago 6, Ill.)

3

Exhibit EE
761

# EXHIBIT FF

MIL-T-17600A(SHIPS)
6 October 1955
SUPERSEDING
MIL-T-17600(SHIPS)
26 June 1953

MILITARY SPECIFICATION

TURBINES, STEAM, PROPULSION

(FOR NAVAL SHIPBOARD USE)

1. SCOPE

1.1 Scope.- This specification covers propulsion steam turbines for Naval ships.

1.2 Classification.- Propulsion steam turbines shall be of the following types, as specified (see 6.2.2):

Type I - Single casing, single element (see 3.4.2.1.4).
Type II-A - Two casings, two elements, straight through
(see 3.4.2.1.5).
Type II-B - Two casings, two elements, external by-pass
(see 3.4.2.1.6).
Type II-C - Two casings, two elements, internal by-pass
(see 3.4.2.1.7).
Type III - Two casings, three elements, series parallel
(see 3.4.2.1.8).
Type III-B - Two casings, three elements, non-sequential
series-parallel valving (see 3.4.2.1.9).
Type III-C - Two casings, three elements, modified sequential
series-parallel valving (see 3.4.2.1.10).
Type IV-A - Three casings, three elements, series-parallel
valving (see 3.4.2.1.9).
Type IV-B - Three casings, three elements, geared and vented
cruising turbine (see 3.4.2.1.10).

FED. SUP. CLASS
2825

EXHIBIT 19
Exhibit FF
762

MIL-T-17600A(SHIPS)

MILITARY (cont'd.)

MIL-G-2697 - Glasses, Heat-Treated, Circular.

MIL-P-2778 - Packing, Synthetic Rubber Graphite, Unvulcanized (Symbol 2352).

MIL-F-3541 - Fittings, Lubrication (Hydraulic).

MIL-N-7786 - Nickel-Chromium Alloy, Age-Hardenable, Sheet and Strip.

MIL-I-15024 - Identification Plates, Information Plates and Marking Information for Identification of Electrical, Electronic and Mechanical Equipment.

MIL-T-15071 - Technical Manuals for Mechanical and Electrical Equipment.

MIL-S-15083 - Steel, Castings.

MIL-R-15137 - Repair Parts for Electrical and Mechanical Equipment (Naval Shipboard Use).

MIL-T-15164 - Thermometers, Industrial.

MIL-S-15204 - Sealing Compound, Joint and Thread, High Temperature.

MIL-C-15345 - Castings, Non-Ferrous, Centrifugal.

MIL-S-15464 - Steel, Alloy, Chromium-Molybdenum; Castings.

MIL-T-15942 - Thermometers, Distant-Reading, Indicating-Dial.

MIL-B-16033 - Bronze Aluminum: Castings.

MIL-S-16113 - Steel, Plate, Hull and Ordnance Structural, Black (Uncoated) and Zinc-Coated (Galvanized).

MIL-B-16261 - Bronze, Bearing: Castings.

MIL-G-16265 - Gaskets, Metallic-Asbestos, Spiral-Wound (Symbol 2410) (for Flanged Joints in Piping Systems).

MIL-G-16983 - Gage, Pressure, Dial Indicating.

MIL-A-17129 - Aluminum Alloy Castings; Sand, Resistant to Salt-Water.

MIL-F-17292 - Format for List of Repair (Spare) Parts for Shipboard Mechanical and Electrical Equipment.

MIL-L-17331 - Lubricating Oil, Turbine (Non-Corrosive).

MIL-A-17472 - Asbestos Sheet Compressed (Packing Material).

MIL-G-17859 - Gear Assembly, Speed Decreaser; and Gear Assembly, Reverse (Naval Shipboard Use).

MIL-C-18087 - Couplings and Propulsion Clutches for Naval Shipboard Propulsion Units and Auxiliary Turbines.

MIL-S-18410 - Steel Bars, Billets, and Forgings ———— Chromium-Molybdenum Alloy.

MIL-G-18997 - Gages, Pressure, Dial Indicating, Bourbon Tube, Circular Face.

3

Exhibit FF
763

# **<u>EXHIBIT GG</u>**

MAR 18 1953
MC APR 1953

5829

D.T.C.
I-2781A

MIL-I-2781A
28 JANUARY 1952

SUPERSEDING
MIL-P-2781
4 SEPTEMBER 1951

## MILITARY SPECIFICATION

## INSULATION PIPE COVERING, THERMAL

*This specification has been approved by the Departments of the Army, the Navy, and the Air Force.*

### 1. SCOPE

1.1 Scope.—This specification covers requirements for thermal insulation used for covering pipes.

1.2 Classification.—The thermal insulation pipe covering shall be of the following grades and classes, as specified (see 6.1):

Grade I—Temperatures up to 500° F.
    Class a—Standard density.
    Class b—Light density.
Grade II—Temperatures up to 750° F.
    Class c—Fibrous.
    Class d—Compounded.
Grade III—Temperatures 501° to 1,000° F.
    Class e—Compounded.
    Class f—Fibrous.

### 2. APPLICABLE SPECIFICATIONS, STANDARDS, DRAWINGS, AND PUBLICATIONS

2.1 The following specifications and standards, of the issue in effect on date of invitation for bids, form a part of this specification:

#### SPECIFICATIONS

FEDERAL

    NN-B-591   —Boxes, Fiberboard, Wood-Cleated (for Domestic Shipment).

    NN-B-601   —Boxes, Wood-Cleated-Plywood, for Domestic Shipment.

    NN-B-621   —Boxes, Wood, Nailed and Lock-Corner.

    QQ-S-781   —Strapping, Flat, Steel.

    LLL-B-631   —Boxes, Fiber Corrugated (for Domestic Shipment).

    LLL-B-636   —Boxes, Fiber, Solid (for Domestic Shipment).

MILITARY

    JAN-P-105   —Packaging and Packing for Overseas Shipment — Boxes, Wood, Cleated, Plywood.

    JAN-P-106   —Packaging and Packing for Overseas Shipment—Boxes, Wood, Nailed.

    JAN-P-108   —Packaging and Packing for Overseas Shipment—Boxes, Fiberboard (V-Board and W-Board, terior and Interior.

    JAN-P-139   —Packaging and Pi for Overseas Shipment—Ply Container Grade.

    MIL-L-10547—Liners, Case, W proof.

NAVY DEPARTMENT

    General Specifications for Inspecti Material.

#### STANDARDS

MILITARY

    MIL-STD-105—Sampling Procedures

202392—53—(936)

EXHIBIT 20
Exhibit GG
764

MIL-I-2781A

and Tables for Inspection by Attributes.

MIL-STD-129—Marking of Shipments.

(Copies of specifications, standards, and drawings required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

## 3. REQUIREMENTS

3.1 Qualification.—The thermal-insulation pipe covering furnished under this specification shall be a product which has been tested and has passed the qualification tests specified in section 4 (see 6.2).

3.2 Material.—The pipe covering shall be composed of heat-resisting compounds suitable for the temperature conditions and the purpose intended.

3.3 Composition.—The pipe covering shall conform in all respects to the composition obtained on the sample submitted for qualification (see 4.7.2).

3.4 Stability.—The pipe covering shall pass the shock and vibration test specified in 4.7.3.

3.5 Length.—Sections shall be 3 feet long, split in half lengthwise. Curved segments shall be 3 feet long and of suitable width to properly fit the respective pipe sizes.

3.6 Tolerance.—A tolerance of minus zero and plus ¼ inch in length will be permitted.

3.7 The pipe covering shall conform to the physical requirements shown in table I.

3.8 Thickness.

3.8.1 Grade I—classes a and b, and grade II—class d.—Unless otherwise specified in the contract or order, the minimum thickness of grade I, classes a and b, and grade II, class d coverings for the various sizes of pipe shall be as shown in table II.

3.8.1.1 Single standard.—Single standard pipe coverings for sizes ½ inch and up to

TABLE II.—Thickness.

| Nominal pipe sizes Inches | Single standard (inches) | Double standard (inches) |
|---|---|---|
| Up to 1½, inclusive | ⅞ | 1¾ |
| 2 to 3½, inclusive | 1 | 2 |
| 7 to 11, inclusive | 1¼ | 2½ |
| 12 and over | 1½ | 3 |

Note.—In addition to thickness specified, standard thickness of 1½ inches in single layer or a standard thickness of 3 inches in double layer may be specified for nominal sizes up to 12 inches.

and including 10 inches shall be furnished in sections. Pipe covering for sizes larger than 10 inches shall be furnished in segments or sections.

3.8.1.2 Double standard.—Double standard pipe covering may be furnished in two layers to form total required thickness. Sections may be furnished for all sizes. Where two layers are furnished, the inner layer for sizes larger than 10 inches and the outer layer for sizes larger than 8 inches may be furnished in segments.

3.8.2 Grade II—class c.—Unless otherwise specified in the contract or order, the minimum thickness of grade II, class c covering for the various sizes of pipe shall be as shown in table III.

TABLE III.—Thickness.

| Nominal pipe sizes (inches) | Single standard (inches) | Double standard (inches) |
|---|---|---|
| 1½ and smaller | ¾ | 1½ |
| 2 to 6, inclusive | 1 | 2 |
| 7 to 11, inclusive | 1⁵⁄₃₂ | 2⁵⁄₁₆ |
| 12 and over | 1¾ | 2¼ |

Note.—In addition to thickness specified, standard thickness of 1½ inches in single layer or a standard thickness of 3 inches in double layer may be specified for nominal sizes up to 12 inches.

3

Exhibit GG
765

# **<u>EXHIBIT HH</u>**

NOTE: This draft, dated 28 November 1956, prepared by the Bureau of Ships, has not been approved and is subject to modification. DO NOT USE FOR PROCUREMENT PURPOSES.

MIL-C-2861A
1956
SUPERSEDING
MIL-C-2861
23 August 1951

MILITARY SPECIFICATION

CEMENT, INSULATION, HIGH TEMPERATURE

This specification has been approved by the Department of Defense and is mandatory for use by the Departments of the Army, the Navy, and the Air Force.

1. SCOPE

1.1 This specification covers high temperature insulation cement for use as thermal insulation on irregular surfaces of equipment and piping.

2. APPLICABLE DOCUMENTS

2.1 The following specifications and standards, of the issue in effect on date of invitation for bids, form a part of this specification:

SPECIFICATIONS

FEDERAL
UU-S-48 – Sacks, Paper, Shipping.

STANDARDS

MILITARY
MIL-STD-105 – Sampling Procedures and Tables for Inspection by Attributes.
MIL-STD-129 – Marking for Shipment and Storage.

(Copies of specifications, standards, drawings, and publications required by contractors in connection with specific procurement functions should be obtained from the procuring agency or as directed by the contracting officer.)

2.2 Other publications. – The following document forms a part of this specification. Unless otherwise indicated, the issue in effect on date of invitation for bids shall apply.

CONSOLIDATED CLASSIFICATION COMMITTEE
Consolidated Freight Classification Rules.

(Application for copies should be addressed to the Consolidated Classification Committee, 202 Chicago Union Station, Chicago 6, Ill.)

3. REQUIREMENTS

3.1 Qualification. – Insulation cement furnished under this specification shall be a product which has been tested and has passed the qualification tests specified herein (see 6.2).

3.2 Material. – The insulation cement shall be composed of a dry mixture of suitable high-temperature heat-resisting materials, thoroughly mixed to obtain uniform distribution of the ingredients. The shot (nonfibrous material, globules) content shall be not more than 10 percent by weight. The composition of the cement shall be such that when properly wetted with fresh water it can be applied with a trowel or by hand.

FSC 9350

EXHIBIT 21
Exhibit HH
766

# <u>EXHIBIT II</u>

MIL-A-17472B ■■ 9999906 1073913 221 ■■

MIL-A-17472B
22 May 1964
SUPERSEDING
MIL-A-0017472A(SHIPS)
4 January 1963
MIL-A-17472(NAVY)
12 February 1953

MILITARY SPECIFICATION

ASBESTOS SHEET, COMPRESSED (GASKET MATERIAL)

This specification is mandatory for use by all Departments and Agencies of the Department of Defense.

## 1. SCOPE

1.1 This specification covers symbol 2150 compressed asbestos sheet gasket material used as a gasket joint sealing material for steam, hot and cold water or brine, air and gases, and oils.

## 2. APPLICABLE DOCUMENTS

2.1 The following documents, of the issue in effect on date of invitation for bids or request for proposal, form a part of this specification to the extent specified herein:

SPECIFICATIONS

FEDERAL
| | | |
|---|---|---|
| UU-P-271 | - | Paper, Wrapping. |
| PPP-B-576 | - | Box, Wood, Veneer, Paper Overlaid. |
| PPP-B-585 | - | Boxes, Wood Wirebound. . |
| PPP-B-591 | - | Boxes, Fiberboard, Wood-cleated. |
| PPP-B-601 | - | Boxes, Wood, Cleated-Plywood. |
| PPP-B-621 | - | Boxes, Wood, Nailed and Lock Corner. |
| PPP-B-636 | - | Box, Fiberboard. |
| PPP-B-640 | - | Boxes, Fiberboard-Corrugated, Triple Wall. |

MILITARY
| | | |
|---|---|---|
| MIL-L-10547 | - | Liners, Case, and Sheet, Overwrap, Water-Vaporproof or Waterproof, Flexible. |

STANDARDS

FEDERAL
| | | |
|---|---|---|
| FED-STD-601 | - | Rubber, Sampling and Testing. |

MILITARY
| | | |
|---|---|---|
| MIL-STD-105 | - | Sampling Procedures and Tables for Inspection by Attributes. |
| MIL-STD-129 | - | Marking for Shipment and Storage. |
| MIL-STD-147 | - | Palletized Unit Loads. |

(Copies of specifications, standards, drawings and publications required by suppliers in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

## 3. REQUIREMENTS

3.1 Qualification. - The compressed asbestos sheet furnished under this specification shall be a product which has been tested, and passed the qualification tests specified herein, and has been listed on or approved for listing on the applicable qualified products list.

FSC 5330

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to WATERS & KRAUS, 01563295
Not for Resale,2006/3/29 21:52:14 GMT

Exhibit II
767

# **EXHIBIT JJ**

Fed. Std. No. 313
July 29, 1971
SUPERSEDING
Int. Fed. Std. No. 00281
February 15, 1968

### FEDERAL STANDARD

### SYMBOLS FOR PACKAGES AND CONTAINERS FOR HAZARDOUS INDUSTRIAL CHEMICALS AND MATERIALS

Authority. This standard is issued pursuant to the Federal and Administrative Service Act of 1949, as amended, and its application to the purchase of commodities referred to herein will be mandatory on all Federal agencies.

S1. PURPOSE. The purpose of this standard is to provide uniform symbols for interior and intermediate packages and shipping containers for hazardous material shipped to and by Government activities, and to provide for submission of Material Safety Data Sheets by contractors and manufacturers to designated Government activities.

S2. SCOPE. The requirements established herein provide for application of symbols to subunit, unit and intermediate packages, and shipping containers.

S3. APPLICATION. Government agencies shall reference this standard in commodity specifications, purchase descriptions, purchase orders, contracts and other purchase documents to assure inclusion of adequate requirements and clear instructions to contractors for the application of symbols and submission of Material Safety Data Sheets.

S4. APPLICABLE DOCUMENTS

The issues of the following documents in effect on the date of invitations for bids form a part of this standard to the extent specified herein.

Federal Specifications:
    UU-T-81    - Tags, Shipping and Stock

Federal Standards:
    Fed. Std. No. 123 - Marking for Domestic Shipment
    Fed. Std. No. 595 - Colors

(Activities outside the Federal Government may obtain copies of Federal Specifications, Standards, and Handbooks as outlined under General Information in the Index of Federal Specifications and Standards and at the prices indicated in the Index. The Index, which includes cumulative monthly supplements as issued is for sale on a subscription basis by the Superintendent of Documents, U. S. Government Printing Office, Washington, DC 20402.)

(Single copies of this specification and other product specifications required by activities outside the Federal Government for bidding purposes are

FSC PACK

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PATTEN, WORNOM, HATTEN & DIAMO, 01748089
Not for Resale,2003/4/5 14:5,9 GMT

EXHIBIT 24
Exhibit JJ
768

Fed. Std. No. 313

available without charge at the General Services Administration Regional Office in Boston, New York, Washington, DC, Atlanta Chicago, Kansas City, MO, Fort Worth, Denver San Francisco, Los Angeles, and Seattle; WA.

(Federal Government activities may obtain copies of Federal Specifications, Standards, and Handbooks and the Index of Federal Specifications and Standards from established distribution points in their agencies.)

Military Specification:
   MIL-M-19590  - Marking of Commodities and Containers to indicate
                    Radioactive Material

Military Standard:
   MIL-STD-129  - Marking for Shipment and Storage

(Copies of Military Specifications and Standards required by suppliers in connection with specific procurement functions should be obtained from the procuring activity or as directed by the contracting officer.)

    OTHER PUBLICATIONS

    Recommended System for the Identification of Fire Hazards of
      Materials, NFPA No. 704M **(1969)**

    Fire Protection Guide on Hazardous Materials (contains NFPA 325A,
      325M, 49, 491M and 704M) **(Third Edition 1969)**
      (Copies may be purchased from the National Fire Protection
      Association, 60 Batterymarch Street, Boston, Mass. 02110)

    MCA (Manufacturing Chemists Association) CHEM-CARD Transportation
      Emergency Guide

    Guide to Precautionary Labeling of Hazardous Chemicals Manual L-1
      (Copies may be purchased from the Manufacturing Chemists
      Association, Inc., 1825 Connecticut Avenue, N. W., Washington,
      D. C. 20009)

    Code of Federal Regulations - Title 49, Part 1 to 199
      (For sale by the Superintendent of Documents, U. S. Government
      Printing Office, Washington, D. C. 20402)

    Motor Carriers' Explosives and Dangerous Articles Tariff 14
      (Application for copies may be made to the American Trucking
      Association, Inc., Agent, H. J. Sonnenberg, Issuing Officer,
      1616 P Street, N. W., Washington, D. C. 20036)

    Agent T. C. George's Tariff No. 23
      (Application for copies may be made to Association of American
      Railroads, Bureau of Explosives, T. C. George, Agent,
      2 Pennsylvania Plaza, New York, N. Y. 10001)

S5.  DEFINITIONS

S5.1  **Definition of Hazards.**  The following definitions for use in

2

Provided by IHS
No reproduction or networking permitted without license from IHS

Sold to:PATTEN, WORNOM, HATTEN & DIAMO, 01748089
Not for Resale,2009/4/8 14:5 9 GMT

Exhibit JJ
769

# **<u>EXHIBIT KK</u>**

IN THE

UNITED STATES CLAIMS COURT

GAF CORPORATION,                    )
                                    )
                Plaintiff,          )
                                    )
        v.                          )    Civil No. 287-83-C
                                    )
THE UNITED STATES OF AMERICA,       )
                                    )
                Defendant.          )
_____)

Defendant United States of America's Supple-
mental Response to Plaintiff GAF Corporation's
First Request for Admissions and Interrogatories

        Defendant United States hereby further responds to plain-

tiff's first Request for Admission and Interrogatories.  The

United States is continuing to search for further information

and will supplement its response in a timely manner when and if

it obtains further relevant information.

General Objections and Limitations

        The United States adopts the General Objections and Limita-

tions made in its Initial, Partial Response to Discovery served

on December 21, 1984.

General Response

        The United States adopts the General Response made in its

Initial, Partial Response to Discovery served on December 21,

1984, except to note that the Order for a Coordinated Records

Center Search was entered on November 28, 1984.  That Order

EXHIBIT 10
Exhibit KK
770

in detail the basis for your Response to Request for Admission No. 105; (b) identify each person who possesses knowledge upon which you base your Response to Request for Admission No. 105; and (c) identify each document upon which you base your Response to Request for Admission No. 105.

Response.

See response to Interrogatories No. 25 and No. 103.

Request for Admission No. 106:

At no time prior to 1964 did the defendant's Specification for Marking for Shipment and Storage (MIL-STD-129) permit the placement by plaintiff of a label or marking concerning the hazards known to defendant regarding exposure to asbestos dust.

Response.

To the extent this Request calls for a legal conclusion, the United States objects on the grounds that it is not required to give such a conclusion. Without waiving this objection, MIL-STD-129 speaks for itself, and the United States denies.

Interrogatory No. 106:

If your Response to Request for Admission No. 105 is anything other than an unqualified admission: (a) state in detail the basis for your Response to Request for Admission No. 105; (b) identify each person who possesses knowledge upon which you base your Response to Request for Admission No. 105; and (c) identify each document upon which you base

-126-

Exhibit KK
771

DECLARATION OF THOMAS GROSSMAN

Re: Defendant United States of America's Partial

Response to Plaintiff GAF Corporation's First Set of Requests

for Admission and Interrogatories in Civil No. 287-83-C

(Cl. Ct.)

1. I am the Director of the NAVSEA Asbestos Litigation

Support Office. My business address is: NAVALSO, Naval Sea

Systems Command, Department of the Navy, Washington, D.C.

20362.

2. I HERBY DECLARE, under penalty of perjury, that the

answers to Requests for Admission and Interrogatoreis Nos. 2,

5, 8, 10, 11, 12, 14, 16-21, 23-33, 35-39, 41-51, 53-62,

64-73, 75-80, 82-86, 88-91, 93-97, 99-106, and Interrogatories

Nos. G, H, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, Y, Z,

AA, BB, CC, DD, EE, FF, and GG are true and correct to the best

of my information and belief, based upon information obtained

by my staff under my direction and control from the official

records and files of the Naval Sea Systems Command (NAVSEA);

upon information conveyed to me and my staff by various

codes within NAVSEA and its field activities; and upon infor-

mation and records identified or provided to me and my staff

by other entities within the Navy.

Dated: 8/21/84

# **<u>EXHIBIT LL</u>**



NAVSUP Publication 4500
COG 1 Stock No. 0588-005-0000
VOL. 1 of 1

# CONSOLIDATED

# HAZARDOUS

# ITEM LIST

RECEIVED

OCT 7 1969

USNS POPE T-AP110

**IMPORTANT NOTICE**

This publication supersedes NAVSUP
Publication 4500 of 1 September 1967
and FMSONOTE 4410 of 7 March 1968.

**1 OCTOBER 1969**

EXHIBIT 25
Exhibit LL
773

FOREWORD

The CHIL (Consolidated Hazardous Item List) covers items in the Navy Supply System designated as hazardous to life and/or property, not elsewhere classified or identified by specific instructions.

This publication contains (1) identification data, (2) labeling data in accordance with MIL-STD-755A, and (3) ship stowage requirements in conformance with NAVSHIPS Technical Manual 250-000, Chapter 9300.

The CHIL does not cover items which are under the control of specific instructions with regard to marking, identification, use, handling, and/or storage. Items excluded are in the following categories:

> Ammunition, Explosives, and Warfare
> Chemicals and Gases
>
> Conventional Bulk Fuels
>
> Drugs and Chemicals used or dispensed
> by Medical Department Pharmacies
>
> Reagents and Chemicals used by Clinical
> and Chemical Laboratories

The CHIL does not provide for shipping label information. Information and requirements for labeling and/or marking of containers for shipment are covered in NAVAIR MANUAL 15-03-500, and Agent T. C. George's TARIFF No. 19.

NAVY FLEET MATERIAL SUPPORT OFFICE
MECHANICSBURG, PA. 17055

# Consolidated Hazardous Item List

## INTRODUCTION

### GENERAL

The Navy CHIL (Consolidated Hazardous Item List) is published to:

1. Provide all Navy users with a consolidated listing of potentially hazardous items in the supply system.

2. Provide a standard set of codes and definitions to identify the hazardous nature of these items.

3. Provide warning labeling criteria/requirements in accordance with MIL-STD-755A.

4. Provide shipboard stowage requirements in accordance with NAVSHIPS Technical Manual, 250-000, Chapter 9300.

| TABLE OF CONTENTS | |
|---|---|
| | Page |
| INTRODUCTION | III |
| Identification Codes and Definitions | IV |
| Labeling Codes and Definitions | VIII |
| Stowage Codes and Definitions | XI |
| Section Formats | XVIII |
| Maintenance | XXI |
| | |
| SECTION A - FIIN Sequence | A-1 |
| SECTION B - Nomenclature Sequence | B-1 |
| SECTION C - Hazardous Classification Code Sequence | C-1 |
| SECTION D - Hazardous Item Change History | D-1 |

III

Exhibit LL
774

Consolidated Hazardous Item List

INTRODUCTION

LABELING

1. Purpose.

The purpose of MIL-STD-755A labels is to warn users and handlers of the potential dangers involving the use of the material in the container, for each of the listed items. Materials to be labeled are those issued to the actual consumer (shop, office or unit). Label application includes the labeling of the original container and any other container to which the material may be subsequently transferred.

2. Labels.

| HAZARDOUS CLASSIFICATION | | | |
|---|---|---|---|
| CLASS | LABEL | CLASS | LABEL |
| 1 | FIRE HAZARD | 5 | CORROSIVE |
| 2 | FIRE HAZARD AND TOXIC | 6 | RADIOACTIVE |
| 3 | TOXIC | 7 | FIRE HAZARD-OXIDIZER |
| 4 | POISONOUS | | |

3. General.

The MIL-STD-755A labels supplement labels/markings required under DOT (ICC) regulations for the identification of dangerous materials offered for shipment by common carrier, or any other label/marking applied by the MCA (Manufacturers Chemist Association), NFPA (National Fire Protective Association), and/or manufacturer. These supplemental labels shall not cover, or cause to deface or remove any other hazardous labels/markings affixed to the containers in accordance with the preceding regulations.

A hazardous item may be assigned two classes of labels dependent upon its composition/formulation. For example, an item, identified as corrosive and found to be poisonous, shall bear both a class 4 and class 5 label.

An illustration of each label, corresponding definition, and Cog I stock number is provided on pages IX and X.

VIII

## CONSOLIDATED HAZARDOUS ITEM LIST

Exhibit LL
775

## Consolidated Hazardous Item List

## Consolidated Hazardous Item List

Exhibit LL
776

# EXHIBIT MM

Case 3:12-cv-00724-DB TM-01489 Document 276-14-24 Filed 12/03/11 Page 220 of 44  Page 35 of 62

NAVY Publication 4500

COG 1 Stock No. 0588-00-005-0000

VOL 1 of 1

(CHIL)

# CONSOLIDATED HAZARDOUS ITEM LIST

*Storage and Handling*

**IMPORTANT NOTICE**

*THIS PUBLICATION
SUPERSEDES NAVSUP PUBLICATION 4500
OF 1 SEP 1976*

NAVY FLEET MATERIAL SUPPORT OFFICE
MECHANICSBURG, PA. 17055

**DECEMBER 1977**

EXHIBIT 26

Exhibit MM
777

# FOREWORD

It is the intent of this publication to list certain items supply, reported to FMSO, whose inherent characteristics are considered <u>hazardous</u> to life or property and which should be specially <u>identified during normal transportation, storage or handling operations.</u>

Because of the volume and variety of items contained in the supply System, some hazardous items may not be listed. These items should be reported to FMSO, Code 992, accompanied by all available data concerning the nature of the hazard presented, storage requirements, etc.

This issue of the CHIL contains disposal codes that are provided for the information and guidance of personnel responsible for disposal.

Excluded from this publication are hazardous items which are the subjects of specific instructions and regulations.

Ammunition, explosives and chemical warfare agents; bulk fuels, gases and oils; drugs and chemicals used or dispensed by the Medical Department Pharmacies and reagents or chemicals used by clinical laboratories in support of Medical Departments.

Also, this publication does <u>not</u> include those items which may become hazardous during their normal intended use but which are not require special identifying labels or the exercise of precautionary measures during normal storage or transportation operations.

Exhibit MM
778

# TABLE of CONTENTS

INTRODUCTION . . . . . . . . . . . . . . . . . . 4

  STORAGE AND LABELING INFORMATION:

    DEFINITIONS . . . . . . . . . . . . . . . 4

    FORMAT. . . . . . . . . . . . . . . . . 5

    LABELS. . . . . . . . . . . . . . . . . 6

    STORAGE . . . . . . . . . . . . . . . . 7

    DISPOSAL. . . . . . . . . . . . . . . . 9

    CODES . . . . . . . . . . . . . . . . . 9

  DISPOSAL INFORMATION: . . . . . . . . . . . 18

MAINTENANCE AND DISTRIBUTION . . . . . . . . . . 53

DATA SECTIONS

  SECTION A — NIIN SEQUENCE . . . . . . . . . . A-1

  SECTION B — NOMENCLATURE SEQUENCE . . . . . . . B-1

  SECTION C — STOWAGE SEQUENCE. . . . . . . . . C-1

Exhibit MM
779

3. Labels.

A. Hazardous industrial chemicals and materials used by the Department the Navy will be identified by Fed Std No. 313A Symbols. These symbols are for storage and material handling operations and provide information needed in emergencies, such as fire or accidental spillage. The symbols are in addition to the DOT (Department of Transportation) labels which may also appear on the container. Each container marking, be it label, symbol, and/or instruction, is to be considered in relation to its intended use and the situation at hand.

(1) The FED STD 313A symbol is a square shaped warning marker within which is centered a large diamond symbol, segmented into four parts. The top three parts reflect the type of hazard with respect to Health, Fire and Reactivity (instability) and the lower fourth part reflects the specific hazard of the material, when not describable by any or all of the other three parts. The degree of each type of hazard is expressed numerically from 0 through 4 to signify no hazard, slight moderate, dangerous, to extremely dangerous, respectively. A brief description of the hazard level is included on the warning marker. These labels are illustrated as figures 1 and 1A of this Introduction.

(2) FED STD 313A symbols and definitions originate from "NFPA Guide on Hazardous Materials." Copies of this publication have been distributed to all ships and stations. Additional copies may be obtained from the Naval Forms and Publications Center, Philadelphia, Pennsylvania 19120, at no charge by ordering "NFPA-325A."

B. Many materials are procured under specifications which do not control cific material content, but state only performance requirements for the product. Because of this, stock items may be labeled differently by each manufacturer. When material is received from contractors with labels or symbols already applied, the information on the container takes precedence over the information in the CHIL. FMSO will use the data received from the contractor to update the CHIL. If no label is affixed to material, recommend handling in accordance with labeling effected in CHIL. It is not necessary to notify FMSO of differences in labeling of material received.

C. In addition to the FED STD 313A symbol, some containers of industrial chemicals and materials will have a label, "Precautions for Use." These labels will conform to regulations of the Department of Health, Education, and Welfare, or the Manufacturing Chemists Association Guide for Labeling Hazardous Chemicals. They are extremely important and must be read carefully and be fully understood by the users before they open the container. In the event the contents are to be transferred to another container, a facsimile of the "Precaution for Use" label should be applied to the other container.

D. Radioactive items will be identified with labels in accordance with MIL-STD-1458. The required storage label is illustrated as Fig. 2 of this publication. The radioactive element and its level of activity is included in the nomenclature of the item.

E. Magnetic items will be identified with labels in accordance with MIL-STD-129. These labels are illustrated as Fig. 3 of this publication.

6

Exhibit MM
780

# EXHIBIT NN

David Putnam Sargent, Jr., P.E.                    April 29, 2009

Page 1

VIRGINIA:

  IN THE CIRCUIT COURT FOR THE CITY OF NEWPORT NEWS

- - - - - - - - - - - - - - - )
GERALD P. GRAY and,          )
BEVERLY G. GRAY,             )   Case No.
      Plaintiffs,        )   CL0800724PT
   v.                       )
JOHN CRANE, INC., et al.,    )
      Defendants.        )
- - - - - - - - - - - - - - - )


   DEPOSITION OF DAVID PUTNAM SARGENT, JR., P.E.

          Vienna, Virginia

       Wednesday, April 29, 2009

          10:05 a.m.


Job No. 49838

Pages 1 - 195

Reported by:  Sandy Medford Nelson


            EXCERPT                    EXHIBIT 42

Exhibit NN
17ae373e-8075-4802-be6c-b82a93803e12
781

David Putnam Sargent, Jr., P.E.                    April 29, 2009

Page 14

1                    P R O C E E D I N G S

2          (Deposition Exhibit No. 1 was marked for

3          identification.)

4          MR. HATTEN:  My name is Robert R. Hatten

5   and I am with the law firm of Patten, Wornom,

6   Hatten & Diamonstein and I represent the Plaintiffs

7   Gerald P. Gray and Beverly Gray and this matter has

8   been noticed for today in a certain action by the

9   plaintiffs against John Crane, et al, in the

10  Newport News Circuit Court, case number

11  CL0800724PT.

12          I'd like to hand the witness at this time

13  an attachment -- a letter and attachments which are

14  the notice and the request for documents in this

15  case.

16          MR. PORETZ:  Why don't we put on the

17  record and objection for one is an objection for

18  all?

19          MR. HATTEN:  Yeah.  Before we get too far,

20  it's been agreed that an objection for one is an

21  objection for all.  Objections, except as to the

22  form of the question, are reserved.

David Putnam Sargent, Jr., P.E.                    April 29, 2009

1    this before.  I don't really even know what it is,

2    other than an internal Owens Corning memorandum.

3              BY MR. HATTEN:

4        Q    Would I be correct that you don't have any

5    information about warning labels that were placed

6    on asbestos-containing products that were sold to

7    the Navy in the 1960's?

8        A    That's correct.  I have no information

9    about that.

10       Q    All right.  Do you know whether or not

11   government representatives attended the National

12   Insulation Manufacturers Association meetings when

13   they discussed putting warnings on asbestos

14   insulation products in the 1960's?

15             MS. BOND:  Object to form.

16             THE WITNESS:  The they being?

17             BY MR. HATTEN:

18       Q    When asbestos manufacturers like Johns-

19   Manville and others discussed putting warnings on

20   asbestos insulation products in the 1960's, do you

21   know whether or not those meetings were attended by

22   representatives from the specifications department

Exhibit NN
17ae373e-8075-4802-be6c-b82a93803e12
783

David Putnam Sargent, Jr., P.E.                    April 29, 2009

Page 89

1      Q      And to the Marine Corps and to the

2   Transportation Service Commander of the Military

3   Transportation Service?

4      A      Sea transportation.

5      Q      All right.  And this is a high-level

6   memorandum, correct?

7      A      It's a -- well, of instruction.

8      Q      Okay.  And then it says, this instruction

9   is not intended to govern the type of labels to be

10  affixed by the manufacturer.  And then explaining

11  that in essence, it says, these -- that is the

12  labels to be affixed by the manufacturer.

13          That's the reference, correct?

14     A      It would be appear, yes, sir.

15     Q      These are governed by state and federal

16  law and regulations depending upon the nature of

17  the material and whether the shipment is interstate

18  or intrastate.

19     A      Yes, sir.  That's what it says.

20     Q      All right.  And, in addition, most

21  manufacturers of chemicals abide by the warning

22  labels guide published by the Manufacturing

Exhibit NN
17ae373e-8075-4802-be6c-b82a93803e12
784

David Putnam Sargent, Jr., P.E.                    April 29, 2009

Page 111

1    5.1.1.3, it has a specific paragraph about the

2    marking on pumps.

3            Do you see that?

4        A    It says shipment markings.  So, I'm not

5    sure that that -- it's not clear to me.

6        Q    I mean on the package.  I mean on the

7    package.  I misspoke.  The package.

8        A    I'll give you that one.  Yes, sir.

9        Q    Yes, sir.

10       A    It's marking on the package.

11       Q    On the packaging.  And so, the marking

12   here on the packaging of pumps says, shipment

13   marking information shall be provided on interior

14   packages and interior -- and exterior shipping

15   containers in accordance with the contractors

16   commercial practice.

17       A    Correct.

18       Q    Do you see that?

19       A    Um-hum, correct.  That's what it says.

20       Q    And so, if the contractor's commercial

21   practice included putting a warning on the

22   packaging, there would be nothing wrong with that?

David Putnam Sargent, Jr., P.E.                    April 29, 2009

Page 112

1          MR. GREEN:   Objection to the form of the

2     question.

3          THE WITNESS:   Are you asking my opinion on

4     that?

5          BY MR. HATTEN:

6      Q    Yes.

7      A    It would appear that this would permit

8     that.

9      Q    Yes.   Now, then we have over here the --

10    this for the pumps -- or this specification

11    incorporates the standard which applies to the

12    preparation for manuals pertaining to pumps, right?

13     A    It includes that as one of the applicable

14    documents yes, sir.

15     Q    And one of those applicable documents is

16    15071?

17     A    Correct.

18     Q    Okay.   And the -- it also incorporates the

19    specification that we talked about previously about

20    repair parts, which is 16789?

21     A    Correct.

22     Q    Okay.   In this group of documents is a

Exhibit NN
17ae373e-8075-4802-baec-b82a93803e12
786

David Putnam Sargent, Jr., P.E.                    April 29, 2009

                                                          Page 170

1    see the work packages for any of the ships

2    specifically.

3         Q     And, if it's not in Mr. Gray's testimony,

4    you wouldn't have any information as to what he

5    did?

6         A     That's correct.

7              MR. HATTEN:  All right.  Let's take a

8    break.

9              (Recess.)

10             BY MR. HATTEN:

11        Q     Have you ever seen any document from the

12   Navy in which an asbestos manufacturer recommended

13   a warning label be placed on an asbestos product

14   and the Navy rejected that suggestion?

15             MR. GREEN:  Objection to the form.

16             THE WITNESS:  That's a pretty complex

17   question.  Let me make sure I've got -- have I ever

18   seen a Navy document in which there was something

19   from a manufacturer recommending something and also

20   in which there was a response from the Navy saying

21   no?

22             BY MR. HATTEN:

Exhibit NN
17ae373e-8075-4802-be6c-b82a93803e12
787

David Putnam Sargent, Jr., P.E.                    April 29, 2009

Page 171

1        Q     Yes, sir.

2        A     No, sir.  I don't believe I've seen

3    something like that.

4        Q     Am I correct that you have not reviewed

5    the documents of Crane Co., Warren, Yarway or

6    Buffalo to determine whether or not any of these

7    companies ever asked the Navy if they could put a

8    warning label on their products concerning the

9    hazards associated with any asbestos product that

10   might be sold by those companies to the Navy?

11            MR. INSCO:  Object to the form.

12            THE WITNESS:  Again, sir, would you repeat

13   the first couple words of your question?  I think

14   you said is it true that I have something or have

15   not something.

16            BY MR. HATTEN:

17       Q     You've not seen any correspondence or any

18   documents from any of these companies in which they

19   have made a recommendation to the Navy about a

20   warning label or a safety procedure involving

21   asbestos products?

22       A     That's correct.

Exhibit NN
17ae373e-8075-4802-be6c-b82a93803e12
788

David Putnam Sargent, Jr., P.E.                    April 29, 2009

Page 189

1              MR. PREVER:  Object to the form.

2              BY MR. HATTEN:

3        Q     You mentioned in this disclosure statement

4     the Fleischer-Drinker Report 1946.

5              Are you familiar with that article?

6        A     Yes, sir, I've read it.

7        Q     Okay.

8        A     I don't have it memorized.

9        Q     That article didn't have anything to do

10    with repair work, did it?  It was all construction

11    work in four different shipyards.

12       A     I'm trying to recall the details of the

13    report.  I honestly don't recall whether that's

14    true.  It very well may be.

15       Q     Are you aware of any specification of the

16    Navy with regard to asbestos-containing products

17    prior to 1972 that had to do with warnings for

18    toxic dust in any document other than Mil 129 and

19    the manual for warning labels for the Chemical

20    Manufacturers Association?

21             MS. BOND:  Object to the form.

22             THE WITNESS:  Let me make sure I

Exhibit NN
17ae373e-8075-4802-be6c-b82a93803e12

David Putnam Sargent, Jr., P.E.                    April 29, 2009

Page 190

1    understand your question.  Am I aware of any Navy

2    specification prior to 1972 that addresses warnings

3    such as we heard of before?

4          BY MR. HATTEN:

5      Q    Yes, yes.

6      A    For materials -- none that come to mind.

7    This's not to say that --

8      Q    Okay.

9      A    -- I haven't seen any or there might not

10   be some.  But, if I understand your question, could

11   I point out a specific other military spec that

12   addressed those issues, not off the top of my head.

13     Q    Thank you.

14     A    There may be.

15         MR. HATTEN:  That's all questions I have.

16   Thank you.

17         MR. GREEN:  Why don't we take a short

18   break?

19         (Recess.)

20         MR. GREEN:  Buffalo Pumps has no questions

21   of the witness at this time.

22         MR. INSCO:  Crane Co. has no questions.

# **<u>EXHIBIT OO</u>**

VIDEOTAPED DEPOSITION
MARTIN KEVIN KRAFT


STATE OF NEW YORK
SUPREME COURT : COUNTY OF NIAGARA
------------------------------------------
PATRICIA R. VOGT, Executrix of the Estate of
ROBERT C. VOGT, SR., Deceased, and Individually
As the Surviving Spouse of ROBERT C. VOGT, SR.,

                    Plaintiff,

          - vs -      Index Number
                      12189

AMERICAN OPTICAL COMPANY, et al.,

                    Defendants.
------------------------------------------


STATE OF RHODE ISLAND
PROVIDENCE

------------------------------------------
BARBARA OLIVER, Individually as the Surviving
Spouse and as Executrix of the Estate of
JOSEPH OLIVER,

                    Plaintiff,

          - vs -    C.A. NO. 05-1857


AMERICAN OPTICAL COMPANY, et al.,

                    Defendants.
------------------------------------------
          JACK W. HUNT & ASSOCIATES, INC.


                              EXCERPT                    EXHIBIT 50

7c1b59a4-9f8d-44ee-92b4-4687a1b7ec68

Exhibit OO
791

Page 2

1              Videotaped deposition of MARTIN KEVIN
2      KRAFT, taken pursuant to Notice in the law offices
3      BROWN & KELLY, LLP, 1500 Liberty Building, Buffalo,
4      New York, on March 15, 2006, commencing at
5      10:37 a.m., before MARY E. BLACK, Notary Public.
6
7      APPEARANCES:        LIPSITZ & PONTERIO, LLC,
                           By JOHN P. COMERFORD, ESQ.,
8                          135 Delaware Avenue, Suite 210,
                           Buffalo, New York  14202,
9                          Appearing for the Plaintiff
                           in first action, Patricia R. Vogt.
10
                           EARLY, LUDWICK & SWEENEY LLC.
11                         By RICHARD P. BULLOCK, ESQ.,
                           One Century Tower,
12                         265 Church Street,
                           New Haven, Connecticut  06508-1866,
13                         Appearing for the Plaintiff
                           in the second action,
14                         Barbara Oliver.
15                         BROWN & KELLY, LLP,
                           By KENNETH A. KRAJEWSKI, ESQ.,
16                         1500 Liberty Building,
                           Buffalo, New York  14202,
17                         Appearing for the Defendant,
                           Buffalo Pumps, Inc.
18
                           MORGAN, LEWIS & BOCKIUS,
19                         By BRIAN W. SHAFFER, ESQ.,
                           1701 Market Place,
20                         Philadelphia, PA  19103-2921,
                           Appearing for the Defendant,
21                         Buffalo Pumps, Inc., and
                           The Witness.
22
23

JACK W. HUNT & ASSOCIATES, INC.
1420 Liberty Building

7c1b59a4-9f8d-44ee-92b4-4687a1b7ec68

Exhibit OO

Case 3:12-cv-... Case 2:09-cv-91449-ER Document 14-5 Filed 05/23/1... Page 2 of 24   Page 53 of

Kraft - Bullock - 3/15/06

Page 150

1   early '80s Buffalo Pumps became aware that there

2   were potential hazards from exposure to asbestos

3   products; is that correct?

4          A.    That's what the records indicate, yes.

5          Q.    Okay.  Do Buffalo -- did -- let me back

6   up.

7          Does Buffalo Pumps currently manufacture,

8   upon a customer's request, a pump that would

9   contain asbestos-containing material?

10         A.    Currently?

11         Q.    Currently.

12         A.    No, we do not.

13         Q.    Okay.  Was there a point in time at

14   which warnings were placed upon Buffalo Pumps that

15   did contain asbestos-containing material?

16         A.    Yes, there was.

17         Q.    Okay.  Was that a situation where a

18   warning was placed on one specific pump or was that

19   a practice that had developed at Buffalo Pumps?

20         A.    In this case it was on one specific

21   type of pumps for the U.S. Navy.  And it was after

22   we had stopped using the asbestos or purchasing the

23   asbestos at Buffalo Pumps.  The Navy came to us and

JACK W. HUNT & ASSOCIATES, INC.
1420 Liberty Building

7c1b59a4-9f8d-44ee-92b4-4687a1b7ec68

Exhibit OO

Kraft - Bullock - 3/15/06

Page 151

1  said we were under contract, this is what you had

2  to use.  We wouldn't purchase it.  They ended up

3  supplying it to us.  And because of that we affixed

4  warning labels to it, and that was in approximately

5  1987.

6      Q.  Did -- did the Navy specifications that

7  you were operating under at that time for those

8  particular pumps specify that a warning should be

9  placed on the pump?

10     MR. SHAFFER:  Related to asbestos?

11     MR. BULLOCK:  Yes.  Related to asbestos.

12     THE WITNESS:  No, they did not.

13     BY MR. BULLOCK:

14     Q.  So Buffalo Pumps undertook to put them

15 on at their own -- as a result of their own

16 decision?

17     A.  Yes.  And, again, that was in 1987

18 after Buffalo Pumps had learned more about

19 potential hazards of asbestos.

20     Q.  Prior to 1987 and this incident of

21 pumps that were being built under specific contract

22 for the U.S. Navy, did Buffalo Pumps label any

23 pumps that contained asbestos-containing material

JACK W. HUNT & ASSOCIATES, INC.
1420 Liberty Building

7c1b59a4-9f8d-44ae-92b4-4687a1b7ec68

Exhibit OO

# **<u>EXHIBIT PP</u>**

BUFFALO PUMPS

MARTIN KRAFT                                    NOVEMBER 30, 2006

Page 1

IN THE SUPERIOR COURT

FOR THE STATE OF RHODE ISLAND

COUNTY OF PROVIDENCE

```
* * * * * * * * * * * * * * *
                              *
Civil No. 06-2416            *
                              *
IN RE: ASBESTOS LITIGATION   *
                              *
NAJALA LINDQUIST, AS         *
EXECUTRIX OF THE ESTATE OF   *
GEORGE LINDQUIST AND         *
INDIVIDUALLY AS SURVIVING    *
SPOUSE,                      *
                              *
          Plaintiff,         *
                              *
vs.                          *
                              *
A.O. SMITH CORPORATION,      *
et al.,                      *
          Defendants.        *
                              *
* * * * * * * * * * * * * * *
```

DEPOSITION OF MARTIN KRAFT, a witness
called on behalf of the Plaintiff, taken pursuant
to the applicable provisions of the Rhode Island
Rules of Civil Procedure, before Cheryll A. Kerr,
LSR, Notary Public for within and for the State of
New York, and a Licensed Shorthand Reporter, at the
offices of Morgan Lewis & Bockius, 101 Park Avenue,
New York, New York on Thursday, November 30, 2006
commencing at 10:40 a.m.

-------- Cheryll Kerr, LSR, Court Reporter --------
          EPPLEY COURT REPORTING, LLC
    P.O. BOX 382, HOPEDALE, MASSACHUSETTS 01747
          508.478.9795   FAX 508.478.0595
                leppley@msn.com

EXHIBIT 51

Exhibit PP
9cc00b6f-b065-47fe-ac91-b92446c60825
795

BUFFALO PUMPS

MARTIN KRAFT                                      NOVEMBER 30, 2006

Page 2

```
 1    APPEARANCES:
 2    SIMONS, EDDINS & GREENSTONE, L.L.P.
            Attorneys for Plaintiff
 3          3232 McKinney Ave., Suite 610
            Dallas, Texas 75204
 4          BY:   JEFFREY B. SIMON, ESQ.
 5
 6    MORGAN, LEWIS & BOCKIUS, L.L.P.
            Attorneys for Defendant Buffalo
 7          Pumps, Inc. and Martin Kraft
            1701 Market Street
 8          Philadelphia, PA  19103-2921
            BY:   BRIAN SHAFFER, ESQ.
 9
10
      CULLEN & DYKMAN, LLP
11          Attorneys for Defendant Goulds Pumps
            177 Montague Street
12          Brooklyn, N.Y.  11201-3602
            BY:   KEVIN C. McCAFFREY, ESQ. (by telephone)
13
14
      MORRISON, MAHONEY LLP
15          Attorneys for Defendant PIC Contractors
            and Packings and Insulation Corp.
16          121 South Main Street, Suite 600
            Providence, RI  02903
17          BY:   DANIELLE T. JENKINS, ESQ.  (by telephone)
18
19    HIGGINS, CAVANAUGH & COONEY
            Attorneys for Defendants Yarway and Sarco
20          123 Dyer Street
            Providence, RI  02903
21          BY:   BETH A. OLDMIXON, ESQ.
22
      Also Present:  Benjamin Braly, Esq.
23                   Simon, Eddins & Greenstone
24          *****     *****     *****
25
```

EPPLEY COURT REPORTING, LLC
508.478.9795

Exhibit PP
9cc00b6f-b065-47fe-ac91-b92446c60825
796

BUFFALO PUMPS

MARTIN KRAFT                                    NOVEMBER 30, 2006

Page 3

1              MR. SHAFFER:  All objections reserved

2          except as to form and nonresponsiveness?

3              MR. SIMON:  Yeah.

4              MR. SHAFFER:  Okay.

5    M A R T I N   K R A F T,

6    called as a witness, having been duly

7    sworn, was examined and testified

8    as follows:

9              THE REPORTER:  Please state your full

10         name and your address for the record for

11         us, sir.

12             THE WITNESS:  It's Martin Kevin

13         Kraft, K-R-A-F-T.

14             6354 -- and I'll spell this --

15         T-O-N-A-W-A-N-D-A, Creek Road.  It's in

16         Rockport, New York.  Zip is 14094.

17             MR. SIMON:  Just appearances for the

18         record, this is Jeffrey Simon here on

19         behalf of the plaintiffs.  I am also here

20         with Ben Braly on behalf of the

21         plaintiffs.

22             He's an associate with my office and

23         will not be conducting the examination.

24             MR. SHAFFER:  Brian Shaffer of

25         Morgan, Lewis & Bockius on behalf of

EPPLEY COURT REPORTING, LLC
508.478.9795

Exhibit PP
9cc00b6f-b065-47fe-ac91-b92446c60825
797

BUFFALO PUMPS

MARTIN KRAFT                                    NOVEMBER 30, 2006

Page 4

1    Buffalo Pumps Incorporated and the
2    witness, Martin Kraft.
3            MR. SIMON:  Anybody on the phone?
4            Mr. McCAFFREY:  Kevin McCaffrey.
5            MR. SIMON:  Anybody else?
6            MR. SHAFFER:  Kevin, who do you
7    represent?
8            Mr. McCAFFREY:  Yeah, we have Goulds
9    Pumps.
10           MR. SIMON:  Okay.
11           MS. OLDMIXON:  I am also on the
12   phone.  My name is Beth Oldmixon, and I
13   represent Yarway and Sarco.
14           MR. SIMON:  All right.  Mr. Shaffer
15   and I had the opportunity to discuss off
16   the record the agreements, which were the
17   usual agreements, that all objections will
18   be reserved until the time of trial,
19   except those as to the form of the
20   question or the nonresponsiveness of the
21   answer.
22           I will agree that an objection by one
23   defendant that is participating will be an
24   objection on behalf of all other defense
25   attorneys that are participating so as to

EPPLEY COURT REPORTING, LLC
508.478.9795

Exhibit PP
9cc00b6f-b065-47fe-ac91-b92446c60825
798

Case 3:12-cv-00742-JB-CM-0149-DRcumbent 276-14-53ileFile1201051/23/11PageHQe23009997 Page 60 of 62

BUFFALO PUMPS

MARTIN KRAFT                                    NOVEMBER 30, 2006

Page 133

1    the Navy or the commercial customers, instructed

2    Buffalo Pumps at any time not to provide caution

3    information about any potential health hazards from

4    asbestos, true?

5         A.   I can't say that for sure.

6         Q.   Do you have any facts at all of any kind

7    that the Navy ever instructed Buffalo Pumps not to

8    provide warnings information about health hazards

9    from asbestos exposure from Buffalo Pumps?

10                   MR. SHAFFER:  Objection to the form

11              of the question.  You can answer.

12                   THE WITNESS:  Again, I can't say that

13              for sure.  I have not seen anything

14              myself, no.

15   BY MR. SIMON:

16        Q.   Same question for your commercial

17   customers.

18        Do you have any facts whatsoever of any kind,

19   anything stated, implied, suggested, of any color or

20   form, that a commercial customer prohibited Buffalo

21   Pumps from providing warning information about

22   asbestos health hazards, if any, arising from

23   maintenance on Buffalo Pumps?

24        A.   Again, I can't say that for sure.  Again,

25   I have not looked at every commercial sales order

EPPLEY COURT REPORTING, LLC
508.478.9795

Exhibit PP
9cc00b6f-b065-47fe-ac91-b92446c60825
799

BUFFALO PUMPS

MARTIN KRAFT                    NOVEMBER 30, 2006

Page 134

1    that we had to be able to see if anything would be
2    in one of the sales orders pertaining to that.
3         Q.   I will go back to the Navy for a question.
4         Do you know of any facts, information of any
5    kind in any form, that leads you to a colorable
6    belief that the Navy instructed Buffalo Pumps not to
7    warn about potential health hazards, if any, arising
8    from maintenance on Buffalo Pumps?
9              MR. SHAFFER:  I will object to the
10             form of the question, also to the extent
11             that the witness has previously identified
12             control that the Navy would have had with
13             respect to the manuals, I believe that the
14             question misstates that prior testimony.
15             Subject to that objection, you can
16             answer, Mr. Kraft.
17             THE WITNESS:  No, I have not seen
18             anything specifically, but I can't say
19             that there hasn't been.
20   BY MR. SIMON:
21        Q.   I understand.  My question is not is it
22   possible.
23        My question is, do you have any facts
24   whatsoever which, in your mind, support a belief by
25   Buffalo Pumps that the Navy prohibited it from

EPPLEY COURT REPORTING, LLC
508.478.9795

Exhibit PP
9cc00b6f-b065-47fe-ac91-b92446c60825
800

BUFFALO PUMPS

MARTIN KRAFT                                NOVEMBER 30, 2006

1    providing warnings information about asbestos

2    hazards, if any, arising from maintenance on Buffalo

3    Pumps?

4              MR. SHAFFER:  Objection to form,

5         calls for speculation.  You can answer.

6              THE WITNESS:  Again, no, not

7         specifically, but again, as I have stated

8         before, Buffalo Pumps did not learn about

9         the potential hazards of

10        asbestos-containing gaskets and packing

11        until the early 1980s, of which it was our

12        focus to change out the

13        asbestos-containing gaskets and packing.

14             MR. SIMON:  Okay.  Object to the

15        nonresponsive portions of the answer.

16   BY MR. SIMON:

17        Q.  Why is it -- let me go back one step.

18   Excuse me.

19        When did Buffalo Pumps first become aware that

20   asbestos could be hazardous to human health when

21   breathed?

22        A.  To put it in those exact terms, I can't

23   give you an answer.  As I stated before, what the

24   records indicate, we started to become aware of the

25   potential hazards of asbestos somewhere in the early

EPPLEY COURT REPORTING, LLC
508.478.9795

Exhibit PP
9cc00b6f-b065-47fe-ac91-b92446c60825
801